IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Misc. No. 10-190 |
| | ) | **Related to Criminal Action No. 08-372** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Alan N. Bloch |
| | ) | |
| TROY ALLAN MARTIN | ) | *(Electronically Filed)* |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this 9th day of August, 2010, upon consideration of the Petition for Privacy Act Order filed by the United States of America;

IT IS HEREBY ORDERED that said Petition is GRANTED.

IT IS FURTHER ORDERED that pursuant to 5 U.S.C. § 552a, the United States is authorized to provide copies of prescriptions obtained in the course of the investigation of Troy Allan Martin to counsel for the New Brighton Area School District.

_____
UNITED STATES DISTRICT JUDGE

ecf:
cc: Counsel of Record